UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Emmanuel Boamah,

    Petitioner,

    v.       Case Nos. 2:13–cr–126, 2:16–cv–996

United States of America,       Judge Michael H. Watson

    Respondent.       Magistrate Judge Jolson

## ORDER

On March 17, 2017, Magistrate Judge Jolson, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court deny Emmanuel Boamah's ("Petitioner") petition for habeas corpus and dismiss this action. R&R, ECF No 159.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 6, ECF No. 159. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Petitioner's petition is **DENIED**.

    IT IS SO ORDERED.

                                          /s/ Michael H. Watson
                                          **MICHAEL H. WATSON, JUDGE**
                                          **UNITED STATES DISTRICT COURT**